UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :   CONSENT ORDER OF
         -v.-                     :   RESTITUTION
                                  :
SHAWN PIERRE HOBBS,               :   21 Cr. 539 (JSR)
                                  :
         Defendant.               :
                                  :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about September 30, 2021, SHAWN PIERRE HOBBS (the "defendant"), was charged in one-count Information No. 21 Cr. 539 (JSR) (the "Information"), with wire fraud, in violation of 18 U.S.C. §§ 1343 and 2;

WHEREAS, on or about September 30, 2021, the defendant pled guilty to Count One of the Information and admitted the forfeiture allegation, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, a sum of money equal to $47,047.21 in United States currency, representing all property, real or personal, constituting or derived from proceeds traceable to the offense alleged in Count One of the Indictment;

WHEREAS, the defendant consents to a money judgment in the amount of $47,047.21 in United States currency, representing the proceeds obtained as a result of the offense charged, and to

the forfeiture of all the defendant's right, title, and interest in the Subject Property;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney Jane Kim, of counsel, and the defendant, and his counsel, Bernarda Villalona, Esq., that:

1. Amount of Restitution. SHAWN PIERRE HOBBS, the defendant, shall pay restitution in the total amount of $47,047.21 to the victims of the offense charged in Count One of Information 21 Cr. 539 (JSR), as set forth in the schedule below:

| Name | Amount of Restitution |
|---|---|
| United States Department of Veterans Affairs | 45,369.93 |
| New York City Department of Corrections | $1,677.28 |
| Total: | $47,047.21 |

The name and specific amount owed to each victim is set forth above. Upon advice of each victim's address or a change of address, the Clerk of the Court is authorized to send payments to the address without further order of this Court.

2. The signature page of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____                    3/10/2022
    JANE KIM                                      DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2038

SHAWN PIERRE HOBBS

By: _____                    3/10/2022
    SHAWN PIERRE HOBBS                            DATE
    Defendant

By: _____                    3/10/2022
    BERNARDA VILLALONA, ESQ.                      DATE
    Attorney for Defendant

SO ORDERED:

_____                        3/10/22
HONORABLE JED S. RAKOFF                          DATE
UNITED STATES DISTRICT JUDGE